| | |
|---|---|
| 1 | JON K. RENGE, Bar #188529 |
| 2 | 2100 Tulare Street, Suite 406<br>Fresno, California 93721 |
| | Telephone: (559) 444-0300 |
| 3 | |
| 4 | Attorney for Defendant<br>Curtis Cleo Hendrix |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:08-CR-00232-LJO |
| Plaintiff, | ) ) | STIPULATION TO CONTINUE SENTENCING HEARING; ORDER |
| v. | ) ) | |
| CURTIS CLEO HENDRIX, | ) ) | |
| Defendant. | ) ) ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, Kimberly A. Sanchez, Assistant United States Attorney, counsel for Plaintiff, and Jon K. Renge, counsel for Defendant, Curtis Hendrix, request that the following motion schedule be as follows:

1. Defense motions filed by September 21, 2011;

2. Government's response by October 12 2011;

3. Motions hearing at October 14, 2011 at 11:00 a.m.; and

4   The trial date of November 7, 2011 at 8:30 a.m. remains the same.

This continuance is requested by counsel for Defendant as the defense needs additional time to research the applicable laws and legal issues regarding the Motions in Limines to be potentially filed in this case. Ms. Sanchez does not have an objection to this request or the new motion schedule.

No exclusion of time is necessary under the Speedy Trial Act since the trial date remains the same.

|   |   |   |
|---|---|---|
| | | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: September 2, 2011 | By: | /s/ KIMBERLY A. SANCHEZ<br>Assistant United States Attorney |
| | | |
| DATED: September 2, 2011 | By: | /s/ JON K. RENGE<br>Attorney for Defendant<br>Curtis Cleo Hendrix |

**O R D E R**

Good cause exists.

IT IS SO ORDERED.

**Dated:   September 2, 2011**            /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE