```
BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559)497-4000
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 1:08-CR-00232 LJO |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER FOR EXTENSION OF TIME |
| v. | ) ) | FOR GOVERNMENT TO FILE RESPONSE TO DEFENDANT'S MOTION TO |
| CURTIS HENDRIX, | ) ) | SUPPRESS |
| Defendant. | ) ) ) | |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Jon Renge, attorney for defendant, that the motion schedule be revised as follows:

    1.    Defense motions – already filed, no change requested;

    2.    Government's response by October 19, 2011;

    3.    Motion hearing October 21, 2011;

    4.    Trial date of November 7, 2011 at 8:30 am remains the same.

The defense previously obtained an unopposed extension of time to file his motions. The government is requesting this extension and continuance as the government now needs additional time to research

the facts and law to support its position in opposition to the defendant's motion to suppress.  Counsel for the defendant has no objection to the request.

No exclusion of time is necessary under the Speedy Trial Act as the trial date remains the same.

Dated: October 7, 2011                    Respectfully submitted,

                                                            BENJAMIN B. WAGNER
                                                            United States Attorney

                                               By    /s/ Kimberly A. Sanchez
                                                      KIMBERLY A. SANCHEZ
                                                      Assistant U.S. Attorney

Dated: October 7, 2011                    /s/ Jon Renge
                                                            JON RENGE
                                                            Attorney for Defendant

IT IS SO ORDERED.

**Dated:   October 7, 2011**                    /s/ Lawrence J. O'Neill
                                                            UNITED STATES DISTRICT JUDGE