```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KIMBERLY A. SANCHEZ
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, CA 93721
 4  Telephone: (559)497-4000
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:08-CR-00232 LJO |
| Plaintiff, | STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE |
| v. | |
| CURTIS HENDRIX, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Jon Renge, attorney for Curtis Hendrix, that hearing currently set for October 21, 2011 and related motions schedule be vacated. The parties further request that the trial set for November 7, 2011 be continued to Tuesday, March 13, 2012. Upon closer inspection of discovery in preparation for trial, the defendant is considering filing additional motions that require additional investigation, and is reconsidering entering into a negotiated plea agreement with the government. Moreover, based upon medical reasons set forth by the government in camera to the Court and defense counsel, the government is also requesting that the trial be

1

continued.  The parties have consulted regarding the amount of additional time necessary based upon the above reasons as well as to insure continuity of counsel for the defendant.  The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(8)(A).

Dated: October 19, 2011                Respectfully submitted,

                                              BENJAMIN B. WAGNER
                                              United States Attorney

                                By   /s/ Kimberly A. Sanchez
                                    KIMBERLY A. SANCHEZ
                                    Assistant U.S. Attorney

Dated: October 19, 2011                /s/ Jon Renge
                                        JON RENGE
                                        Attorney for Curtis Hendrix

Good Cause is present, both for the continuance and the exclusion of time.  The requests are granted.

IT IS SO ORDERED.

**Dated:    October 20, 2011**                /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE