DANIEL J. BRODERICK, Bar #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ERNEST PANOO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr. F 08-232 LJO |
| Plaintiff, | **STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| v. | |
| ERNEST PANOO, | **RETROACTIVE CRACK COCAINE REDUCTION CASE** |
| Defendant. | Judge: Hon. LAWRENCE J. O'NEILL |

Defendant, ERNEST PANOO, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney KIMBERLY A. SANCHEZ, hereby stipulate as follows:

1.  Pursuant to 18 U.S.C. § 3582(c)(2), this court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2.  The sentencing range applicable to Mr. Panoo was subsequently lowered by the United States Sentencing Commission in Amendment 750;

3.  Accordingly, Mr. Panoo's adjusted offense level has been

reduced from 25 to 21, and a sentence at the low end of the new guideline range would be 37 months;

4. Mr. Panoo merits a reduction in his sentence based on the factors listed in 18 U.S.C. § 3553(a), as well as considerations of public safety and Mr. Panoo's positive post-sentencing conduct;

5. Accordingly, the parties request the court to enter the order lodged herewith, on November 1, 2011, reducing Mr. Panoo's term of imprisonment to an aggregate term of 37 months.

Dated: October 28, 2011

Respectfully submitted,

| BENJAMIN WAGNER | DANIEL J. BRODERICK |
| United States Attorney | Federal Defender |

| /s/ *Kimberly A. Sanchez* | /s/ *David M. Porter* |
| KIMBERLY A. SANCHEZ | DAVID M. PORTER |
| Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for Plaintiff | Attorney for Movant |
| UNITED STATES OF AMERICA | ERNEST PANOO |

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

On October 30, 2009, this Court sentenced Mr. Panoo to a term of imprisonment of 57 months. The parties agree, and the Court finds, that Mr. Panoo is entitled to the benefit of the retroactive amendment reducing crack cocaine penalties, which reduces the applicable offense level from 25 to 21.

IT IS HEREBY ORDERED that the term of imprisonment originally imposed is reduced to an aggregate term of 37 months;

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.

STIPULATED MOTION and ORDER TO REDUCE SENTENCE

1     The provisions of this order are stayed up to and including November 11, 2011, to permit the Bureau of Prisons to make appropriate release arrangements.

    Unless otherwise ordered, Mr. Panoo shall report to the United States Probation office closest to the release destination within seventy-two hours after his release.

IT IS SO ORDERED.

**Dated:  November 1, 2011**        /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE