# UNITED STATES DISTRICT COURT

for the

### EASTERN District of CALIFORNIA

United States of America

v.

ERNEST PANOO

Date of Original Judgment:          10/30/2009
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

)
)
)
)
)
)

Case No:          1:08CR00232-013

USM No:          64074-097

DAVID PORTER, ASST. FEDERAL DEFENDER
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of   X  the defendant  ☐  the Director of the Bureau of Prisons  ☐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐  DENIED.   X  GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of          57          months **is reduced to**   37 MONTHS          .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated          11/04/2009          shall remain in effect.
**IT IS SO ORDERED**.

Order Date:          November 2, 2011                              /s/ Lawrence J. O'Neill
                                                                                          *Judge's signature*

Effective Date:                                                        LAWRENCE J. O'NEILL, UNITED STATES DISTRICT
          *(if different from order date)*                    *Printed name and title*