# UNITED STATES DISTRICT COURT
## for the

### Eastern  District of California

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Jerome Williams | ) Case No: __1:08-cr-00232-011 LJO__ |
| | ) USM No: __64078-097__ |
| Date of Original Judgment: __11/25/2009__ | ) |
| Date of Previous Amended Judgment: _____ | ) David M. Porter |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ❏  the Director of the Bureau of Prisons  ❏  the court under 18 U.S.C.
§ 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has
subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C.
§ 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10
and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

❏  DENIED.    X   GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in*
*the last judgment issued)* of __96 months__          months **is reduced to** __70 months__          .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __11/25/2009__ shall remain in effect.
**IT IS SO ORDERED**.

| | |
|---|---|
| Order Date: __November 18, 2011__ | __/s/ LAWRENCE J. O'NEILL__ |
| | *Judge's signature* |
| Effective Date: _____ | Lawrence J. O'Neill, United States District Judge |
| *(if different from order date)* | *Printed name and title* |