| | |
|---|---|
| 1 | JON K. RENGE, Bar #188529 |
| 2 | 2100 Tulare Street, Suite 406<br>Fresno, California 93721 |
|   | Telephone: (559) 444-0300 |
| 3 | |
| 4 | Attorney for Defendant<br>Curtis Cleo Hendrix |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:08-CR-00232-LJO |
| | ) | |
| Plaintiff, | ) | STIPULATION FOR MOTIONS |
| | ) | SCHEDULE; ORDER |
| v. | ) | |
| | ) | |
| CURTIS CLEO HENDRIX, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, Kimberly A. Sanchez, Assistant United States Attorney, counsel for Plaintiff, and Jon K. Renge, counsel for Defendant, Curtis Hendrix, request that the following motion's schedule be as follows:

1. Defense motions filed by February 13, 2012;

2. Government's response by February 27, 2012;

3. Motions hearing on March 5, 2012; and

4  The trial date of March 12, 2012 at 8:30 a.m. remains the same.

Ms. Sanchez does not have an objection to this motions schedule.  No exclusion of time is necessary under the Speedy Trial Act since the trial date remains the same.

DATED: February 8, 2012                              BENJAMIN B. WAGNER
                                                     United States Attorney

                                                     By:  /s/ KIMBERLY A. SANCHEZ
                                                          Assistant United States Attorney

DATED: February 8, 2012                     By:  /s/ JON K. RENGE
                                                 Attorney for Defendant
                                                 Curtis Cleo Hendrix

**O R D E R**

IT IS SO ORDERED.

**Dated:   February 8, 2012**              **/s/ Lawrence J. O'Neill**
                                           UNITED STATES DISTRICT JUDGE